## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Case No. 1:19-bk-46381 (NHL) |
| MATTHEW C. MAHER, | Chapter 7 |
| Debtor |  |

## EX PARTE REQUEST FOR
## A TEMPORARY RESTRAINING ORDER

Upon the annexed declarations of Matthew Maher (Exhibits A-D) and Austin C. Smith (Exhibits 1-4) the debtor Matthew Maher, by and through counsel, is moving this Court for an *ex parte* Order:

a) Pursuant to the Federal Rule of Bankruptcy Procedure 7065, 11 U.S.C. §§ 105, 524 and Local Rule 9077-1, entering an emergency restraining order prohibiting Navient Solutions, LLC and its agents, employees, servants, and attorneys, and other persons who are in active concert or participation from continuing to violate 11 U.S.C. § 524 by contacting the debtor Michael Maher, whether directly or indirectly through friends, family and colleagues or by making derogatory reports to any of the credit bureaus.

Dated this October 20, 2020

Respectfully submitted,

 /s/ Austin C Smith
**Smith Law Group**
99 Wall Street, No. 426
New York, NY 10005
C: 917.992.2121