P.O. Box 9640
Wilkes-Barre PA 18773-9640

# NAVIΞNT.

MATTHEW C MAHER
226 AINSLIE ST APT 4R
BROOKLYN  NY  11211-5083

8042

իվուիիոլՈՈՈՈՈՈ'ՀլՈՈՈՈ''ՈՆ'ՈՈՈՈՈ'ՈՆ'ՈՆ'Ն'ՈՆ'Ն'Ո'Ն'Ն'Ո'

## MATTHEW C MAHER, we're here to listen-contact us today.

Your Navient private student loans referenced below are now more than 100 days delinquent. Your current amount due is $7,718.53. If you can't make this payment today, *please read on.*

**Your private student loan is in jeopardy of default.**
When a loan defaults, the loan balance will become due immediately and the loan may be sent to a collection agency. Time is limited to work with us to resolve your missed payments and avoid default.

**We want to help you today - call 855-208-6475**
Every day, we help customers resolve their payment issues by offering customized solutions. Repayment solutions that may be available include:

- Modifying the terms of your loan to reduce the monthly payment amount
- Lowering your interest rate
- Bringing your account current without paying the past due amount all at once
- Settling your loan. If approved, you'll pay less than the full outstanding balance.

**Let's resolve this together**
The one thing these solutions all have in common is *we must hear from you.* Call **855-208-6475** to talk to a representative who can help find the best solution for your situation.

**Important disclosure(s)**

*Debt collection attempt*
This is an attempt to collect a debt and any information obtained will be used for that purpose.

*Electronic check conversion*
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use

**Loan number**
5029 3504 7525 0697

**Date**
August 6, 2020

**Visit us online**
Navient.com

**Contact us**
855-208-6475

Monday - Friday,
8 a.m. - 9 p.m. Eastern

DG04

00008042

24 200806PAGE000010F 00002

COLR0044009888106

information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

*Disputed sums*
Payments pursuant to a disputed sum or balance and/or regarding which you demand complete or partial satisfaction for a loan must be sent to: Navient, P.O. Box 9650, Wilkes-Barre, PA 18773-9650, with a description of the alleged dispute and the remedy sought. As provided in the underlying loan note(s), Navient reserves the right to accept the payment and deny the requested relief whether or not it returns or refunds such payments.

**Details for Loan Number:**      5029-3504-7525-0697

| **Open Date** | **Current Principal** | **Interest Rate** |
|---|---|---|
| 09/05/06 | $9,458.95 | 9.250% |

**Payment Due Information:**
| **Monthly Amount Due** | **+ Past Due Amount** | **= Total Amount Due** |
|---|---|---|
| $91.24 | $376.70 | $467.94 |

**Details for Loan Number:**      5029-3504-7525-0705

| **Open Date** | **Current Principal** | **Interest Rate** |
|---|---|---|
| 01/19/07 | $7,563.12 | 4.500% |

**Payment Due Information:**
| **Monthly Amount Due** | **+ Past Due Amount** | **= Total Amount Due** |
|---|---|---|
| $47.10 | $195.47 | $242.57 |

**Details for Loan Number:**      5029-3504-7525-0713

| **Open Date** | **Current Principal** | **Interest Rate** |
|---|---|---|
| 05/29/07 | $13,539.40 | 4.500% |

**Payment Due Information:**
| **Monthly Amount Due** | **+ Past Due Amount** | **= Total Amount Due** |
|---|---|---|
| $84.33 | $349.96 | $434.29 |

**Details for Loan Number:**      5029-3504-7525-0721

| **Open Date** | **Current Principal** | **Interest Rate** |
|---|---|---|
| 08/27/07 | $25,071.75 | 9.250% |

**Payment Due Information:**
| **Monthly Amount Due** | **+ Past Due Amount** | **= Total Amount Due** |
|---|---|---|
| $242.88 | $1,002.58 | $1,245.46 |

**Details for Loan Number:**      5029-3504-7525-0739

| **Open Date** | **Current Principal** | **Interest Rate** |
|---|---|---|
| 05/28/08 | $8,705.88 | 9.250% |

**Payment Due Information:**

| **Monthly Amount Due** | **+ Past Due Amount** | **= Total Amount Due** |
|---|---|---|
| $84.62 | $349.24 | $433.86 |

**Details for Loan Number:**      5029-3504-7525-0747

| **Open Date** | **Current Principal** | **Interest Rate** |
|---|---|---|
| 08/25/08 | $21,280.86 | 9.750% |

**Payment Due Information:**

| **Monthly Amount Due** | **+ Past Due Amount** | **= Total Amount Due** |
|---|---|---|
| $215.22 | $887.54 | $1,102.76 |

**Details for Loan Number:**      5029-3507-0102-5152

| **Open Date** | **Current Principal** | **Interest Rate** |
|---|---|---|
| 08/04/06 | $36,969.05 | 9.750% |

**Payment Due Information:**

| **Monthly Amount Due** | **+ Past Due Amount** | **= Total Amount Due** |
|---|---|---|
| $417.00 | $1,668.00 | $2,085.00 |

**Details for Loan Number:**      5029-3507-0102-5160

| **Open Date** | **Current Principal** | **Interest Rate** |
|---|---|---|
| 07/16/07 | $30,236.69 | 9.750% |

**Payment Due Information:**

| **Monthly Amount Due** | **+ Past Due Amount** | **= Total Amount Due** |
|---|---|---|
| $341.33 | $1,365.32 | $1,706.65 |

0-0

DG04

00008042

COLR0044009888106    24 20080dPAGE000020F 00002